```
McGREGOR W. SCOTT
United States Attorney
ELLEN V. ENDRIZZI
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone (916) 554-2716
```



FILED
JAN 23 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
   DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF A PEN REGISTER AND TRAP AND TRACE DEVICE ON AN IBM THINKPAD COMPUTER, MODEL NUMBER T232647-M5U, SERIAL NUMBER 78-9FG51 | SW-05-0278 KJM<br><br>**MOTION TO UNSEAL AND [~~proposed~~] ORDER** |

The documents filed in the above-referenced case were ordered sealed by this Court until further order. Those documents related to an investigation that resulted in a complaint that was filed on January 17, 2006, magistrate case number 06-MJ-0021 GGH. The United States hereby requests that the above-referenced file be unsealed so that its contents may be revealed in discovery in magistrate case number 06-MJ-0021 GGH.

Dated: January 23, 2006

                                         Respectfully submitted,

                                         McGREGOR W. SCOTT
                                         United States Attorney

By: _/s/ Ellen V. Endrizzi_____
     ELLEN V. ENDRIZZI
     Assistant U.S. Attorney

1   Upon application of the United States of America and good cause
2   having been shown,
3   IT IS HEREBY ORDERED that the United States' Motion To Unseal
4   the documents filed in this case is GRANTED.

6   DATED: January 2₃, 2006

HON. KIMBERLY J. MUELLER
United States Magistrate Judge